# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

08 CIV 5545

VINCENT BATTISTA AND MARIE BATTISTA

Plaintiff,

-v-

ABEX CORPORATION F/K/A/ AMERICAN BRAKE SHOE COMPANY, ET AL.

Defendant.

Case No._____

**Rule 7.1 Statement**

RECEIVED JUN 19 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GENERAL ELECTRIC COMPANY     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

General Electric Company is a publicly held entity. General Electric Company has no parent corporation and no publicly held corporation owns more than 10% or more if its stock.

Date: 6.18.08

Signature of Attorney

**Attorney Bar Code:** _____