UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
VINCENT BATTISTA AND MARIE BATTISTA

      Plaintiffs,     Civil Action No. 08 CV 5545 (DAB)

 - against -          **STIPULATION AND ORDER**
                 **OF REMAND**
GENERAL ELECTRIC COMPANY, *et al.*,

      Defendants.
---------------------------------------X

  WHEREAS, Defendant General Electric Company ("GE") has removed this action; and

  WHEREAS, GE has now agreed that this action shall be remanded to the State Court where it was originally filed; and

  WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

  NOW THEREFORE, it is hereby stipulated and agreed between Plaintiffs and GE that this action shall be remanded to the State Court where it was originally filed.

Dated: July 1, 2008

*/s/ Audrey P. Raphael*          */s/ Michael A. Tanenbaum*
Audrey P. Raphael, Esq.         Michael A. Tanenbaum, Esq.
Levy Phillips & Konigsberg, LLP     Sedgwick, Detert, Moran & Arnold, LLP
800 Third Ave.            Three Gateway Center, 12th Floor
13th Floor             Newark, New Jersey 07102
New York, NY 10022         Attorneys for General Electric Company
Attorneys for Plaintiffs Vincent & Marie Battista

                  **SO ORDERED:**

                  _____
                  DEBORAH A. BATTS
                  United States District Court Judge

                  Dated: _____, 2008

00121445.WPD