UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
VINCENT BATTISTA AND MARIE BATTISTA

                Plaintiffs,

- against -

GENERAL ELECTRIC COMPANY, *et al.*,

                Defendants.
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2008

Civil Action No. 08 CV 5545 (DAB)

**STIPULATION AND ORDER OF REMAND**

WHEREAS, Defendant General Electric Company ("GE") has removed this action; and

WHEREAS, GE has now agreed that this action shall be remanded to the State Court where it was originally filed; and

WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiffs and GE that this action shall be remanded to the State Court where it was originally filed.

Dated: July 1, 2008

_____
Audrey P. Raphael, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Ave.
13th Floor
New York, NY 10022
Attorneys for Plaintiffs Vincent & Marie Battista

_____
Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Attorneys for General Electric Company

SO ORDERED: *the Clerk of Court is directed to close this case.*

_____
DEBORAH A. BATTS
United States District Court Judge

Dated: July 1, 2008

00121445.WPD